IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LOGAN BRAINERD                                                                   PLAINTIFF

v.                                   Case No. 4:24-cv-4081

SHERIFF CHAD WARD, *et al.*                                           DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 12. Judge Bryant recommends that this case be dismissed with prejudice for failure to comply with the Court's orders. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, this case is **DISMISSED WITH PREJUDICE**. Should Plaintiff file another case in this District, he must submit the required filing fee at the time of the submission of the proposed complaint.

**IT IS SO ORDERED**, this 18th day of December, 2024.

                                                                                 /s/ Susan O. Hickey
                                                                                 Susan O. Hickey
                                                                                 Chief United States District Judge